**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6193**

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

    v.

JOSHUA BARRETT SUTHERLAND, a/k/a Bacon,

           Defendant - Appellant.

**No. 21-6203**

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

    v.

JOSHUA BARRETT SUTHERLAND, a/k/a Bacon,

           Defendant - Appellant.

Appeals from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, District Judge.  (2:19-cr-00010-JPJ-PMS-7; 2:19-cr-00006-JPJ-PMS-21)

Submitted:  June 24, 2021                Decided:  June 29, 2021

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Joshua Barrett Sutherland, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Barrett Sutherland appeals the district court's order denying his motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pennington*, Nos. 2:19-cr-00010-JPJ-PMS-7, 2:19-cr-00006-JPJ-PMS-21 (W.D. Va. Feb. 1, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
